**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-1115**

———————————

CELESTE G. BROUGHTON,

                Plaintiff – Appellant,

       v.

W. SIDNEY ALDRIDGE, JR.; JOHN N. MCCLAIN, JR.; ROBERT B.
RADER, JR., Judge; WELLS FARGO & COMPANY; WELLS FARGO
ADVISORS, LLC,

                Defendants – Appellees.

———————————

**No. 11-1186**

———————————

CELESTE G. BROUGHTON,

                Plaintiff – Appellant,

       v.

W. SIDNEY ALDRIDGE, JR.; JOHN N. MCCLAIN, JR.; ROBERT B.
RADER, JR., Judge; WELLS FARGO & COMPANY; WELLS FARGO
ADVISORS, LLC,

                Defendants – Appellees.

———————————

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan,
Chief District Judge. (5:10-cv-00231-FL)

———————————

Submitted: August 31, 2011      Decided: September 9, 2011

———————————

Before GREGORY, DUNCAN, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Celeste G. Broughton, Appellant Pro Se. John N. McClain, Jr., David Hayes Permar, HATCH, LITTLE & BUNN, Raleigh, North Carolina; Debbie Weston Harden, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina; William Sidney Aldridge, Kevin Lamar Sink, NICHOLLS & CRAMPTON, PA, Raleigh, North Carolina; Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Celeste G. Broughton appeals the district court's orders dismissing her 42 U.S.C. § 1983 (2006) complaint and denying her post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Broughton v. Aldridge, 5:10-cv-00231-FL (E.D.N.C. Nov. 17, 2010, Jan. 28, 2011, Feb. 15, 2011). We deny Broughton's motions to seal the district court's opinion, for a ruling on the motion to seal, and to disqualify the court's North Carolina judges. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED